UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINETTE AGUILAR KOONTZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | No.: 2:24-CV-02428-CKD<br><br>**ORDER AWARDING JOINT STIPULATION FOR THE PAYMENT OF ATTORNEY FEES AND EXPENSES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS, PURSUANT TO 28 U.S.C. § 1920** |

Based upon the parties' Joint Stipulation for the Award and Payment of Attorney Fees and Expenses under the Equal Access to Justice Act (EAJA), IT IS ORDERED that:

1. The parties' stipulation (ECF No. 16) is GRANTED; and
2. Plaintiff shall be awarded attorney fees and expenses under the EAJA in the amount of SEVEN THOUSAND NINE HUNDRED FIFTY EIGHT DOLLARS AND FOURTEEN CENTS ($7,958.14), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED FIVE DOLLARS ($405.00), subject to the terms of the Stipulation, to include the United States Department of the Treasury's Offset Program pursuant to *Astrue v.*

*Ratliff*, 130 S.Ct. 2521 (2010). Any payment shall be delivered to Plaintiff's counsel.

Dated: March 5, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE